### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERIBERTO RODRIGUEZ** | **:** | **CIVIL ACTION** |
| **v.** | **:** | |
| **MARK KREVESIG, et al.** | **:** | **NO. 07-cv-0958** |

### MEMORANDUM AND ORDER

On March 9, 2007, petitioner filed a petition in this Court purportedly seeking Habeas Corpus relief pursuant to 28 U.S.C. §2254. Relief pursuant to 28 U.S.C. §2254 is limited to petitions:

A. **attacking:**
 I. the imposition of a state court conviction; ***or,***
 II. the imposition of a state court sentence; **or,**
 III. the execution of state custody based on the conviction,

B. **with an argument based on:**
 I. the federal constitution, and/or
 II. federal laws, and/or
 III. treaties entered into by the United States.[1]

Although he admits that he has been convicted and sentenced, nowhere in his petition of March 9, 2007 does petitioner disclose exactly what conviction and/or sentence he is attacking. It is impossible for this court to analyze what petitioner has presented without having this information. Accordingly, this

Day of March, 2007, it is hereby

**ORDERED** that the Clerk of Court furnish Petitioner with a true and accurate photocopy of Document #1 in 07-cv-0958, and, it is further

**ORDERED** that Petitioner shall write on this aforesaid photocopy the date of his

---

[1] Benchoff v. Colleran, 404 F.3d 812 (3rd Cir. 2005); Coady v. Vaughn, 251 F.3d 480 (3rd Cir. 2001).

1

Dockets.Justia.com

conviction attacked in this petition; the indictment or term number(s) related to the conviction attacked in this petition; and, the date on which the sentence attacked in this petition was imposed, and, it is further

**ORDERED** that failure by petitioner to comply with the terms of this Order within thirty (30) days shall result in the dismissal of this civil action.

                     **S/ ANITA B. BRODY**
                     **ANITA B. BRODY, U.S. District Judge**